UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) INJUNCTIVE RELIEF REQUESTED |
| | ) |
| Plaintiff, | ) |
| | ) |
| V | ) CASE NO: 26-cv-03136 |
| | ) |
| NOODLES & COMPANY d/b/a Noodles & Company -Illinois, Inc. | ) Honorable Charles P. Kocoras |
| | ) |
| | ) |
| Defendant. | ) |

To: Joseph T. Self
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Joseph.Self@jacksonlewis.com

**NOTICE OF SETTLEMENT**

Plaintiff HOWARD COHAN ("Plaintiff") hereby gives notice that Noodles & Company ("Defendant") and Plaintiff (collectively, "Parties") have settled the claims in this case and are in the process of exchanging the final agreement for execution. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within twenty-one (21) days as soon as the formal settlement agreement is executed by all parties. The Plaintiff respectfully requests that the Court enter an order striking all upcoming deadlines and allow the Parties until July 8, 2026, to file either a Stipulation of Voluntary Dismissal or a joint status report.

Howard Cohan

By: /s/ Marshall J. Burt
His attorney

Marshall J. Burt
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL 60605
312.854.3833
marshall@mjburtlaw.com
IARDC # 6198381

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record.

/s/ Marshall J. Burt
Marshall J. Burt