UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) INJUNCTIVE RELIEF REQUESTED |
| | ) |
| Plaintiff, | ) |
| | ) |
| V | ) CASE NO: 26-cv-03136 |
| | ) |
| NOODLES & COMPANY d/b/a | ) Honorable Charles P. Kocoras |
| Noodles & Company -Illinois, Inc. | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant NOODLES & COMPANY, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN

/s/ *Marshall J. Burt*
Attorney for Plaintiff

Marshall J. Burt
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL 60605
(312) 854-3833
marshall@mjburtlaw.com

NOODLES & COMPANY

/s/ *Joseph T. Self*
One of the Attorneys for Defendant

Joseph T. Self
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Phone: (312) 787-4949
Fax: (312) 787-4995
Joseph.Self@jacksonlewis.com